RECEIVED
SDNY PRO SE OFFICE
2019 DEC 11 AM 11:26

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Desmond M. Witherspoon

Write the full name of each plaintiff or petitioner.

Case No. 15 CV 4628

-against-

Codney

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that __Plaintiff__ __Desmond M. Witherspoon__
                            plaintiff or defendant    name of party who is making the motion

requests that the Court:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-16-19

Re-open case remove mandate Grant Verdict in favor of Plaintiff

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☑ my own declaration, affirmation, or affidavit
☐ the following additional documents:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-11-19

12/11/19
Dated

Signature

Desmond M. Witherspoon
Name

Prison Identification # (if incarcerated)

296 North Ave          NY         NY         NR
Address                City       State      Zip Code

Telephone Number (if available)    E-mail Address (if available)

*the motion is denied*

*Loretta A. Preska*

12/16/19

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_____

D—_____

[blank lines]

Attach additional pages and documents if necessary.

12/11/19
Executed on (date)

[signature]
Signature

Bernard M. Kottenjan
Name

Prison Identification # (if incarcerated)

296 North Ave    N.Y.    N.Y.    [zip]
Address    City    State    Zip Code

Telephone Number (if available)    E-mail Address (if available)